**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Antwan Levon STANLEY, Defendant–Appellant.**

**No. 12–6571.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Antwan Levon Stanley, Appellant Pro Se. Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwan Levon Stanley appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Stanley*, No. 4:09–cr–00241–RBH–1 (D.S.C. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*